# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DBEST Products, Inc. | CASE NUMBER |
| | 2:25-cv-04583-MWF-SKx |
| v.          PLAINTIFF(S) | |
| iBeauty Limited Company | **ORDER RE TRANSFER** |
| | **(RELATED CASES)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

| June 4, 2025 | Michelle Williams Court |
|---|---|
| Date | United States District Judge |

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

| _____ | _____ |
|---|---|
| Date | United States District Judge |

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case    2:24-cv-10694-MWC-JCx    and the present case:

[✓] A.    Arise from the same or closely related transactions, happenings or events; or

[ ] B.    Call for determination of the same or substantially related or similar questions of law and fact; or

[ ] C.    For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ] D.    Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____Steve Kim_____ to Magistrate Judge _____Jacqueline Chooljian_____ .

On all documents subsequently filed in this case, please substitute the initials __MWC (JCx)__ after the case number in place of the initials of the prior judge, so that the case number will read __2:25-cv-04583 MWC (JCx)__ . This is very important because the documents are routed to the assigned judges by means of these initials

cc:   [ ] *Previous Judge*     [ ] *Statistics Clerk*