| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Ehab M. Samuel, Esq. (SBN 228296)<br>ORBIT IP, LLP<br>620 Newport Center Dr., Suite 1100<br>Newport Beach, CA 92660<br>*Telephone No:* 310-701-9592<br>*Attorney For:* Plaintiff, DBest Products, Inc.   *Ref. No. or File No.:* DBST-23515-LIT | |

*Insert name of Court, and Judicial District and Branch Court:*
IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Plaintiff:* DBest Products, Inc., a California corporation
*Defendant:* IBeauty Limited Company, a Colorado corporation

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:25-cv-04583-MWF-SK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Case Cover Sheet; Complaint for Patent Infringement and Demand for Jury Trial; Rule 7.1 Corporate Disclosure Statement; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Standing Order Regarding Newly Assigned Cases

3. a. Party served:   IBeauty Limited Company, a Colorado corporation
   b. Person served:   Liam Ben-David, Chief Executive Officer

4. Address where the party was served:   201 East Center Street Suite 112, #3500, Anaheim, CA 92805

5. I served the party:
   a. **by substituted service.**   On: Fri, Jun 27 2025 at: 10:54 AM by leaving the copies with or in the presence of:
   Jesse "Doe", Person in Charge (Hispanic, Male, Age: 30's, Hair: Black, Eyes: Black, Height: 5'7", Weight: 180lbs) / Served under CCP § 415.20

   (1) [ ] **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [X] **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X] **(Declaration of Mailing)** is attached.
   (4) [ ] **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney: <br> Ehab M. Samuel, Esq. (SBN 228296) <br> ORBIT IP, LLP <br> 620 Newport Center Dr., Suite 1100 <br> Newport Beach, CA 92660 <br>    Telephone No: 310-701-9592 <br><br>    Attorney For: Plaintiff, DBest Products, Inc. | | | | Ref. No. or File No.: <br> DBST-23515-LIT | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA ||||||
| Plaintiff: DBest Products, Inc., a California corporation <br> Defendant: IBeauty Limited Company, a Colorado corporation ||||||
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:25-cv-04583-MWF-SK ||

6. **Person Who Served Papers:**
   a. Fernando Garcia (6517, Orange County)
   b. FIRST LEGAL
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   d. *The Fee* for Service was: $136.35
   e. I am: A Registered California Process Server

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

07/02/2025
(Date)                    (Signature)



| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Ehab M. Samuel, Esq. (SBN 228296)<br>ORBIT IP, LLP<br>620 Newport Center Dr., Suite 1100<br>Newport Beach, CA 92660 | | | | |
| *Telephone No:* 310-701-9592 | | | | |
| *Attorney For:* Plaintiff, DBest Products, Inc. | | *Ref. No. or File No.:*<br>DBST-23515-LIT | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | | | |
| *Plaintiff:* DBest Products, Inc., a California corporation<br>*Defendant:* IBeauty Limited Company, a Colorado corporation | | | | |
| **PROOF OF SERVICE**<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:25-cv-04583-MWF-SK |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Civil Case Cover Sheet; Complaint for Patent Infringement and Demand for Jury Trial; Rule 7.1 Corporate Disclosure Statement; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Standing Order Regarding Newly Assigned Cases

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Fri, Jun 27, 2025
   b. Place of Mailing: SANTA ANA, CA 92701
   c. Addressed as follows: IBeauty Limited Company, a Colorado corporation c/o Liam Ben-David, Chief Executive Officer
      201 East Center Street, Suite 112, #3500 Anaheim, CA 92805

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri, Jun 27, 2025 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Ruben Fragoso (2886, Orange County)
   b. FIRST LEGAL
      600 W. Santa Ana Boulevard, Suite 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   d. **The Fee** *for Service was:* $136.35
   e. I am: A Registered California Process Server

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

07/02/2025
(Date)

(Signature)



| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE**<br>BY MAIL | 13608634<br>(14093063) |